**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SETH MITCHELL,

                       Plaintiff,

        -against-                                 18 **CIVIL** 2672 (VSB)

                                                     **<u>JUDGMENT</u>**

U.S. DEPARTMENT OF VETERANS
AFFAIRS and U.S. DEPARTMENT OF
DEFENSE,

                       Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated November 8, 2021, Defendants' motion for

summary judgment is GRANTED, and Plaintiff's cross motion for summary judgment is

DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

        November 8, 2021

                                         **RUBY J. KRAJICK**

                                       **Clerk of Court**
                            _____
        **BY:**                 K. Mango
                            _____
                                        **Deputy Clerk**